# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BALTHASER ONLINE, INC.,

        Plaintiff,

v.                                          Case No. 11-C-456

KIMBERLY-CLARK CORPORATION, et al.,

        Defendant.

## ORDER DISMISSING DEFENDANT KIMBERLY-CLARK CORPORATION

Before the Court is Plaintiff Balthaser Online, Inc.'s ("Balthaser") and Defendant Kimberly-Clark Corporation's ("Kimberly-Clark") Joint Motion to Dismiss with Prejudice Defendant Kimberly-Clark Corporation (the "Motion"). After considering the Motion, the Court is of the opinion that the Motion should be and is GRANTED in its entirety.

**IT IS THEREFORE ORDERED** that:

1. All claims and counterclaims asserted by Balthaser and Kimberly-Clark in the Action against the other are hereby dismissed with prejudice;

2. Balthaser and Kimberly-Clark shall each bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action;

3. All unresolved pending motions in this Action between Balthaser and Kimberly-Clark shall be denied as moot; and

4. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

Dated this __22nd__ day of July, 2011.

                                                                s/ William C. Griesbach
                                                                 William C. Griesbach
                                                                 United States District Judge